FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 30 PM 1:23

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 13 2006

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

MAR 29 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

06-CV-00338-PSF

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 3 2006

GREGORY C. LANGHAM
CLERK

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-45)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,256 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 29 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

APR 3 2006

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Case 1:06-cv-00338-PSF   Document 9   Filed 04/03/06   USDC Colorado   Page 2 of 3

PAGE 1 of 2

# SCHEDULE CTO-45 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ARKANSAS EASTERN** | | |
| ARE 4 06-259 | Bob Stephens, etc. v. Merck & Co., Inc. | 06-1678 |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 06-1177 | Alberta Bruno, et al. v. Merck & Co., Inc., et al. | 06-1679 |
| **COLORADO** | | |
| CO 1 06-338 | Julia Bruce, M.D. v. Merck & Co., Inc. | 06-1680 |
| **FLORIDA MIDDLE** | | |
| FLM 5 06-67 | Judith Miele v. Merck & Co., Inc. | 06-1681 |
| FLM 6 06-205 | David Boyd v. Merck & Co., Inc., et al. | 06-1682 |
| FLM 8 06-268 | John Midkiff v. Merck & Co., Inc., et al. | 06-1683 |
| FLM 8 06-269 | Todd Bray v. Merck & Co., Inc., et al. | 06-1684 |
| FLM 8 06-270 | William Watts v. Merck & Co., Inc., et al. | 06-1685 |
| FLM 8 06-271 | Kenneth Devol v. Merck & Co., Inc., et al. | 06-1686 |
| FLM 8 06-275 | Charles Gustafson v. Merck & Co., Inc., et al. | 06-1687 |
| FLM 8 06-276 | Elana Bozzi v. Merck & Co., Inc., et al. | 06-1688 |
| **FLORIDA NORTHERN** | | |
| FLN 1 06-29 | Wylie Tindale v. Merck & Co., Inc., et al. | 06-1689 |
| FLN 1 06-30 | Elizabeth Cannard v. Merck & Co., Inc., et al. | 06-1690 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 06-60172 | Shari Cayle v. Merck & Co., Inc. | 06-1691 |
| FLS 0 06-60173 | Sidney Backoff, etc. v. Merck & Co., Inc. | 06-1692 |
| FLS 0 06-60176 | Nancy Cassell v. Merck & Co., Inc. | 06-1693 |
| FLS 0 06-60179 | Martha Lyons, et al. v. Merck & Co., Inc. | 06-1694 |
| FLS 0 06-60180 | Darlene Rose, et al. v. Merck & Co., Inc. | 06-1695 |
| FLS 0 06-60222 | Janet Gilson v. Merck & Co., Inc. | 06-1696 |
| FLS 1 06-20364 | Maryse Guekjian v. Merck & Co., Inc. | 06-1697 |
| FLS 1 06-20365 | Eunice Nelson v. Merck & Co., Inc. | 06-1698 |
| FLS 2 06-14041 | Joan M. Petty v. Merck & Co. Inc. | 06-1699 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 06-154~~ | ~~Maria Kopes, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/28/06 | |
| ~~ILS 3 06-158~~ | ~~Kevin Keeney, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/28/06 | |
| ~~ILS 3 06-159~~ | ~~Barbara Rutherford, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/28/06 | |
| ~~ILS 3 06-162~~ | ~~Shirley Johnson, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/28/06 | |
| ~~ILS 3 06-172~~ | ~~Kimberly Riddle, et al. v. Merck & Co., Inc., et. al.~~ Opposed 3/28/06 | |
| **INDIANA SOUTHERN** | | |
| INS 1 06-229 | Richard J. Martin, et al. v. Merck & Co., Inc. | 06-1700 |
| INS 1 06-230 | John Doggett, et al. v. Merck & Co., Inc. | 06-1701 |
| INS 1 06-231 | Ilena Howell, et al. v. Merck & Co., Inc. | 06-1702 |
| INS 1 06-232 | Bronzie Isaacs, et al. v. Merck & Co., Inc. | 06-1703 |
| INS 1 06-255 | Lois Norquest v. Merck & Co., Inc. | 06-1704 |

SCHEDULE CTO-45 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **MAINE** | | |
| ME  2  06-43 | Stanley Leiberman v. Merck & Co., Inc. | 06-1705 |
| **MINNESOTA** | | |
| MN  0  06-665 | Ely Omega v. Merck & Co., Inc. | 06-1706 |
| MN  0  06-667 | Harry Brooks v. Merck & Co., Inc. | 06-1707 |
| **MISSISSIPPI NORTHERN** | | |
| MSN  4  06-31 | Roderick Nettles, et al. v. Merck & Co., Inc. | 06-1708 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  4  06-18 | Austin Ezell Blackwell v. Merck & Co., Inc. | 06-1709 |
| **NEW YORK SOUTHERN** | | |
| NYS  1  06-1215 | Bina P. Motiani, etc. v. Merck & Co., Inc. | 06-1710 |
| **NEW YORK WESTERN** | | |
| NYW  6  06-6096 | Ronald Yates v. Merck & Co., Inc., et al. | 06-1711 |
| **OKLAHOMA EASTERN** | | |
| OKE  6  06-71 | William Moore, etc. v. Merck & Co., Inc. | 06-1712 |
| **OKLAHOMA WESTERN** | | |
| OKW  5  06-167 | Esther Chesser v. Merck & Co., Inc. | 06-1713 |
| OKW  5  06-168 | Annita C. Whetsell v. Merck & Co., Inc. | 06-1714 |
| OKW  5  06-173 | Linda Nix, etc. v. Merck & Co., Inc. | 06-1715 |
| **TEXAS EASTERN** | | |
| TXE  1  06-94 | Mary Nelson v. Merck & Co., Inc., et al. | 06-1716 |
| TXE  2  06-68 | Juanita Gibson v. Merck & Co., Inc. | 06-1717 |
| **TEXAS SOUTHERN** | | |
| TXS  4  06-592 | Robbie Gale Edwards, etc. v. Merck & Co., Inc. | 06-1718 |
| TXS  4  06-635 | Sharon McGrew v. Merck & Co., Inc. | 06-1719 |
| ~~TXS  5  06-35~~ | ~~H.G. Pool, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/28/06 | |
| **TEXAS WESTERN** | | |
| TXW  1  06-121 | William M. Turner, et al. v. Merck & Co., Inc. | 06-1720 |
| TXW  1  06-122 | Joan Arnold Anderson v. Merck & Co., Inc. | 06-1721 |